**Order filed September 17, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00499-CV
_____

**IN THE MATTER OF THE MARRIAGE OF CHRISTY HOOVER AND JIMMY O. BAILEY, Appellant**

**On Appeal from the 253rd District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV25449**

## O R D E R

The clerk's record was filed on July 11, 2012 . Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain petitioners first amended petition or first supplemental petition.

The Chambers County District Clerk is directed to file a supplemental clerk's record on or before October 1, 2012, containing petitioners first amended petition and first supplemental petition.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM